IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER D. CROMARTIE, JR., )
                                        )
                    Petitioner, )
                                        )
              v.                       )          1:18CV421
                                        )
NORTH CAROLINA DEPARTMENT )
OF PUBLIC SAFETY, et al.,         )
                                        )
                    Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

      Petitioner, a prisoner of the State of North Carolina, submitted a petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody. For the following reasons, the Petition cannot be further processed.

1.     The filing fee was not received, nor was a sufficient affidavit to proceed *in forma pauperis* submitted and signed by Petitioner. Petitioner submitted an *in forma pauperis* application, but failed to complete the portion disclosing the amount of trust funds in his prisoner account or the amount deposited in his account during the past six months.

2.     Petitioner does not raise any proper claim for habeas corpus relief. He seeks to challenge a set of disciplinary convictions he received in prison. However, according to his Petition, he did not lose any good time or gain time credits as a result of those convictions. Therefore, the convictions do not affect the length of his sentence, as required to state a habeas claim. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973) (discussing good time credits in the context of prison disciplinary proceedings); accord Wilkinson v. Dotson, 544 U.S. 74, 79 (2005) ("Because an action for restoration of good-time credits in effect demands immediate release or a shorter period of detention, it attacks 'the very duration of physical confinement' and thus lies at 'the core of habeas corpus.'" (internal citations and ellipses omitted) (quoting Preiser, 411 U.S. at 487-88)).

The Court notes that Petitioner filed a subsequent Petition raising similar claims, Case Number 1:18CV479, with a fully completed *in forma pauperis* application. Therefore, the Court will not further address the substance of Petitioner's claims here, and the present case should be dismissed without prejudice. The Court will consider these issues further in addressing the Petition in that subsequent case, 1:18CV479.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed, but then dismissed *sua sponte* without prejudice for the reasons set out above.

This, the 29th day of October, 2018.

/s/ Joi Elizabeth Peake
United States Magistrate Judge