IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRISTOPHER D. CROMARTIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18CV421 |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Respondent(s). | ) | |

## ORDER

On October 29, 2018, the United States Magistrate Judge's Recommendation was filed, and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections to the Recommendation, (ECF No. 6), within the time limit prescribed by §636.

The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 3), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice for the reasons set forth in the Recommendation, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 6th day of December 2018.

/s/ Loretta C. Biggs
United States District Judge